UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 08-40508-TLH4
                                          CHAPTER 13
CHRISTIE S. HOOD

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK/CATHERINES which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 412260 in the amount of 90.99 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
        OFFICE OF THE CHAPTER 13 TRUSTEE
        POST OFFICE BOX 646
        TALLAHASSEE, FL 32302
        ldhecf@earthlink.net
        (850) 681-2734 "Telephone"
        (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CHRISTIE S. HOOD<br>95 RIVERVIEW ROAD<br>HAVANA, FL 32333<br><br>AND<br><br>THOMAS J. MORTON, ESQ.<br>THE MORTON LAW CENTER, P.A.<br>2720-H BLAIR STONE RD<br>TALLAHASSEE, FL 32301 | SPIRIT OF AMERICA NATIONAL<br>BANK/CATHERINES<br>FIRST EXPRESS<br>P.O. BOX 856044<br>LOUISVILLE, KY 40285-6044 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
4/29/2011  1:20 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE