```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                        TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 08-40508-TLH4
                                          CHAPTER 13
CHRISTIE S. HOOD

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK/CATHERINES which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413997 in the amount of 31.62 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    OFFICE OF THE CHAPTER 13 TRUSTEE
                    POST OFFICE BOX 646
                    TALLAHASSEE, FL 32302
                    ldhecf@earthlink.net
                    (850) 681-2734 "Telephone"
                    (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CHRISTIE S. HOOD<br>95 RIVERVIEW ROAD<br>HAVANA, FL  32333<br><br>AND | SPIRIT OF AMERICA NATIONAL<br>BANK/CATHERINES<br>FIRST EXPRESS<br>P.O. BOX 856044<br>LOUISVILLE, KY 40285-6044 |

THOMAS J. MORTON, ESQ.
THE MORTON LAW CENTER, P.A.
2720-H BLAIR STONE RD
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
5/31/2011  3:05 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```