```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 08-40508-TLH4
                                          CHAPTER 13
CHRISTIE S. HOOD

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SPIRIT OF AMERICA NATIONAL BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417474 in the amount of 22.02 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
 OFFICE OF THE CHAPTER 13 TRUSTEE
 POST OFFICE BOX 646
 TALLAHASSEE, FL 32302
 ldhecf@earthlink.net
 (850) 681-2734 "Telephone"
 (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CHRISTIE S. HOOD<br>95 RIVERVIEW ROAD<br>HAVANA, FL 32333 | SPIRIT OF AMERICA NAT'L BANK<br>ARIZONA MAIL ORDER/FIRST EXPRE<br>P.O. BOX 856750<br>LOUISVILLE, KY 40285 |

AND

THOMAS G. MORTON, JR.
6050 NORTH 9TH AVE.
PENSACOLA, FL 32504

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
 OFFICE OF CHAPTER 13 TRUSTEE

7/28/2011  2:11 pm / CR_213