**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                        CASE NO. 08-40508-TLH4
                                                              CHAPTER 13
CHRISTIE S. HOOD

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby files this

Notice of Payment of Unclaimed Funds, and in support

thereof hereby states:

   1.  The Trustee has issued check(s) FOR: SPIRIT OF

AMERICA NATIONAL BANK which remains outstanding and

uncleared.

   2.  The Trustee has placed a Stop Payment Order with

the bank on the check(s).

   3.  The Trustee is required to remit the funds to the

Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits

her check number 424534 in the amount of 17.99 to the

Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

class mail to:

CHRISTIE S. HOOD                SPIRIT OF AMERICA NAT'L BANK
95 RIVERVIEW ROAD               ARIZONA MAIL ORDER/FIRST EXPRE
HAVANA,  FL  32333              P.O. BOX 856750
                                LOUISVILLE, KY 40285
AND

THOMAS G. MORTON, JR.
6050 NORTH 9TH AVE.
PENSACOLA, FL 32504

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
11/29/2011  2:00 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE